UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHN H. NEWCOMB                                                CIVIL ACTION

VERSUS                                                         NO:  06-4016-MLCF-SS

HALLIBURTON, et al

## REPORT AND RECOMMENDATION

On July 31, 2006, the plaintiff, John H. Newcomb ("Newcomb"), filed a complaint in proper person against Halliburton and KBR.  Rec. doc. 1.  Newcomb sought relief pursuant to Title VII, 42 U.S.C. § 2000(e), for alleged employment discrimination.  Id.  The matter was automatically referred to the undersigned.  Since the filing of the complaint, Newcomb has not filed any evidence of service of the summons and complaint.  The Federal Rules of Civil Procedure provide:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or upon its own initiate after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant. . . .

Fed. R. Civ. P. 4(m).  The matter was set for the call docket on November 29, 2006.  Rec. doc. 3. Newcomb was notified of the requirements of Rule 4(m) and that his complaint would be dismissed without prejudice if he did not file proof of service of the summons and complaint in the record.

Newcomb failed to appear for the call docket set for November 29, 2006. More than 120 days has elapsed since the filing of the complaint. It will be recommended that his complaint be dismissed without prejudice.

## RECOMMENDATION

IT IS RECOMMENDED that the complaint of John H. Newcomb be DISMISSED WITHOUT PREJUDICE.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 1st day of December, 2006.

                                              SALLY SHUSHAN
                                          United States Magistrate Judge