

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 DEC 28  AM 7: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN H. NEWCOMB | CIVIL ACTION |
| VERSUS | NO: 06-4016-MLCF-SS |
| HALLIBURTON, et al | |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of John H. Newcomb be DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 27th day of December, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No ___